UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EUGENE ROJAS, et al.,<br><br>  Plaintiffs,<br><br>   v.<br><br>SOLARI ENTERPRISES,<br><br>  Defendant. | Case No.  24-cv-01959-PCP<br><br>**ORDER DISMISSING COMPLAINT** |

On April 17, 2024, this Court (Cousins, J.) screened plaintiffs' complaint pursuant to 28 U.S.C. § 1915, concluded that it failed to state a claim upon which relief could be granted, and granted plaintiffs leave to file an amended complaint curing the identified deficiencies. Following reassignment of the matter to a district judge, the Court granted plaintiffs' motion for an extension of their deadline to file an amended complaint and set a new deadline of June 21, 2024. After plaintiffs failed to file an amended complaint by that date, the Court extended the deadline a second time, to July 5, 2024. The Court noted in that order that the Court will dismiss this matter without prejudice should plaintiffs fail to file an amended complaint or motion to extend the deadline for doing so.

No amended complaint or motion requesting an extension of the July 5, 2024 deadline has been filed. Accordingly, this case is dismissed without prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 9, 2024

P. Casey Pitts
United States District Judge